IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CONNIE JONES**                                                                                   PLAINTIFF

v.                                    No. 3:14-cv-184-DPM

**LAWRENCE HALL NURSING
CENTER; JOSH BRYAN; MARY WILKERSON;
SEBRINA SMITH; KELLI MINTON; and KIM
NUNNALY**                                                                                          DEFENDANTS

## ORDER

This case is remanded to Lawrence County Circuit Court for lack of subject matter jurisdiction.  № 13.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 August 2014